UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | Case No. 1:16-cv-1272-RSK |
| Plaintiff, | Magistrate Judge Ray Kent |
| **CENTRAL MICHIGAN INNS, INC.**, a Michigan corporation for profit | |

### STIPULATION FOR ENTRY OF CONSENT DECREE AND ORDER

Plaintiff Leland Foster and Defendant Central Michigan Inns, Inc., by and through their undersigned attorneys, stipulate and agree to entry of the accompanying Consent Decree and Order, which fully adjudicates all the claims of all the parties and ends this action.

Dated: September 21, 2017

s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr., OH. Bar No. 0074743
LAW OFFICES OF OWEN DUNN, JR.
Valerie J. Fatica, (0083812)
4334 West Central Avenue, Suite 222
Toledo, Ohio 43615
Telephone: (419) 241-9661
Email: dunnlawoffice@sbcglobal.net
*Attorneys for Plaintiff*

/s/ Robert J. Johnson
Robert J. Johnson (P42458)
Hackney Grover
3514 Rivertown Parkway Court, Ste. B
Grandville, MI 49418
(616) 257-3900
rjohnson@hackneygrover.com

*Attorney for Defendant*

```
          IT IS SO ORDERED.

Dated:  September 25, 2017        /s/RAY KENT
                                  United States Magistrate Judge
```